UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
DESIVENO GAUSE,

                Plaintiff,

      -against-                    MEMORANDUM AND ORDER
                                    09-CV-4886 (JS)

CHASE HOME FINANCE LLC, COMMERCIAL
MUTUAL INSURANCE COMPANY, ESTATE
OF DELLA L GAUSE, LUNT AGENCY INC.,

                Defendants.
------------------------------------------X
APPEARANCES:

For Plaintiff:          Desiveno Gause
                      08A3503
                      WallKill Correctional Facility
                      P.O. Box G
                      Route 208
                      Wallkill, NY 12589-0286

For Defendants:        No appearances

SEYBERT, District Judge:

      Presently pending before the Court is pro se Plaintiff
Desi Gause's Amended Complaint.  The Court dismissed Plaintiff's
original Complaint for failure to plead subject matter jurisdiction.
In particular, the Court found that the original Complaint did not
plead diversity jurisdiction.  The Court has serious concerns
regarding whether diversity jurisdiction exists now.[1]  To that end,
until further notice, the Court STAYS each defendant's obligation
to answer, move, or otherwise respond to the Amended Complaint.

---

   [1] The Court is aware that the Amended Complaint also
purports to plead federal subject matter jurisdiction.  The Court
will deal with these allegations sua sponte and does not require
input from the parties.

Instead, within forty-five (45) days of being served with a copy of the summons and Amended Complaint, each defendant shall file and serve: (1) a declaration setting forth the relevant facts concerning each defendant's citizenship (e.g., state of incorporation, principal place of business); and (2) documentation supporting these relevant facts. In this regard, Defendant Chase Home Finance LLC should be aware that a limited liability company is a citizen of all states of which its members are citizens. See Handelsman v. Bedford Village Associates Ltd. Partnership, 213 F.3d 48, 51 (2d Cir. 2000); Castillo Grand LLC v. Sheraton Operating Corp., 09-CV-7197, 2009 WL 4667104, *1 (S.D.N.Y. 2009).

SO ORDERED.

_____/s/_____
Joanna Seybert, U.S.D.J.

Dated:     January 20, 2009
           Central Islip, New York